# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Dennis Stankie,

PLAINTIFF(S)

v.

Superior Court of California, County of Los Angeles,

DEFENDANT(S)

CASE NUMBER

CV 21-07233-DSF (AS)

ORDER RE REQUEST TO PROCEED
*IN FORMA PAUPERIS*

IT IS ORDERED that the Request to Proceed *In Forma Pauperis* is hereby GRANTED.

_____
Date

_____
United States Magistrate Judge

**IT IS RECOMMENDED** that the Request to Proceed *In Forma Pauperis* be **DENIED** for the following reason(s):

- [ ] Inadequate showing of indigency
- [x] Legally and/or factually patently frivolous
- [ ] Other: _____
- [x] District Court lacks jurisdiction
- [ ] Immunity as to _____

Comments:

Plaintiff has filed a Petition for Writ of Mandamus from this Court to "direct the Superior Court to promptly grant [a] stay" in a pending matter in the Los Angeles County Superior Court. This Court lacks jurisdiction to grant the mandamus relief requested. See Demos v. United States Dist. Court for the Eastern District of Washington, 925 F.2d 1160, 1161-62 (9th Cir. 1991); Clark v. State of Washington, 366 F.2d 678, 681 (9th Cir. 1966) ("[t]he federal courts are without power to issue writs of mandamus to direct state courts or their judicial officers in the performance of their duties").

September 13, 2021
Date

/s/ Alka Sagar
United States Magistrate Judge

IT IS ORDERED that the Request to Proceed *In Forma Pauperis* is hereby:

- [ ] GRANTED
- [x] DENIED (see comments above). IT IS FURTHER ORDERED that this case is hereby DISMISSED.

September 13, 2021
Date

_____
United States District Judge

CV-73 (12/14)                    ORDER RE REQUEST TO PROCEED *IN FORMA PAUPERIS*